**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DENNIS KEVIN YORK-BEY,[1]

    Plaintiff,

vs.	CASE NO. 3:13-cv-1035-J-99MMH-TEM

DETECTIVE CHRISTOPHER POTTER,
CITY OF JACKSONVILLE,
STATE ATTORNEY OFFICE,

    Defendants.
_____

**O R D E R**

This case is before the Court *sua sponte*. The Clerk notified the undersigned on October 11, 2013, that Plaintiff submitted the $400.00 filing/administrative fee with the filing of the Complaint on August 23, 2013. The Clerk failed to record receipt of the fees in the record of this case. Accordingly, it is hereby determined that Plaintiff, who is proceeding *pro se* at this point in the litigation, has complied with the terms of the Court's order dated October 2, 2013 (Doc. #3).

**DONE AND ORDERED** at Jacksonville, Florida this <u>11th</u>   day of October, 2013.

*[Signature: Thomas E. Morris]*
THOMAS E. MORRIS
United States Magistrate Judge

Copies to *Pro se* Plaintiff
    and counsel of record, if any

---

[1] Plaintiff has spelled his middle name both as "Kever" and "Kevin." With his next filing, Plaintiff should correctly identify his middle name as it should appear in the caption of the case and throughout the litigation.